ACCEPTED
03-14-00516-CR
5392484
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 9:59:06 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00516-CR

MARK ANTHONY SERRANO     IN THE

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 9:59:06 AM
JEFFREY D. KYLE
Clerk

V.     THIRD COURT OF APPEALS

THE STATE OF TEXAS     AUSTIN, TEXAS

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

NOW COMES the State of Texas, Appellee in the above entitled and numbered cause and files this Motion for Extension of Time to File Appellee's Brief, and in support thereof would show the Court the following:

I.

Appellant was found guilty of Theft Over $20,000, a Third Degree felony enhanced as a Habitual Offender, and the Jury assessed punishment at 25 years confinement in the Texas Department of Criminal Justice on June 19, 2014. Appellant filed Notice of Appeal on August 20, 2014. Appellant's brief was filed on April 22, 2015. Appellant's amended brief was filed on May 12, 2015. The State's brief is currently due on May 22, 2015.

II.

The State has not requested an extension in this case prior to this request.

III.

The State requests this extension of time due to the following: Counsel for the State has been preparing for jury trial and is currently trying a continuous sexual assault of a child case in State v. Miguel Davila, Cause Number D-14-0826-SA, which began on May 18, 2015. Additionally, Counsel for the State has been involved in prosecution of cases including

contested hearings, pretrial hearings, grand jury presentation, negotiations with opposing counsel, guilty pleas and other hearings in numerous additional pending felony cases.

WHEREFORE, The Attorney for the State requests an extension of time to July 24, 2015, in which to file State's Brief.

Respectfully submitted,

John Best
Assistant District Attorney
51st Judicial District
124 W. Beauregard, Suite B
San Angelo, TX 76903
(325) 659-6583
State Bar No. 00796203

SWORN TO AND SUBSCRIBED before me by the said John Best, this _22nd_ day of May, A. D. 2015.

CHRISTINE GEORGE
Notary Public, State of Texas
My Commission Expires
June 28, 2016

Notary Public
State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellee's Brief was this _22nd_ day of May, 2015, delivered to Randol Stout, at rls2700@gmail.com, Attorney for Appellant, through e-file.txcourts.gov.

John Best